COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Dov K. Avni v. Dosohs I, Ltd.

Appellate case number:     01-15-00459-CV

Trial court case number:   2012-07323

Trial court:               157th District Court of Harris County

The Court has determined a relevant document is missing from the clerk's record. Dosoh's Second Traditional and "No Evidence" Motion for Summary Judgment is not included in the clerk's record.

The Harris County District Clerk is directed to prepare a supplemental clerk's record containing Dosoh's Second Traditional and "No Evidence" Motion for Summary Judgment, filed on or about August 14, 2014. The supplemental clerk's record shall be filed in this Court **within 10 days of the date of this order**.

It is so ORDERED.

Judge's signature: _/s/ Harvey Brown
            ☒ Acting individually     ☐ Acting for the Court

Date:  April 7, 2016